No. 708. SPINDLER REALTY CORP. *v.* MONNING, GENERAL MANAGER & SUPERINTENDENT OF BUILDING & SAFETY OF LOS ANGELES, ET AL. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Barry Brannen* for petitioner. *Roger Arnebergh* and *Bourke Jones* for respondents.

No. 502. SITTON ET UX. *v.* AMERICAN TITLE CO. OF DALLAS ET AL. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Motion for joint consideration with Nos. 48 and 388 denied. Certiorari denied. *Fred S. Abney* for petitioners. *June R. Welch* for respondents.

No. 571. VON CLEMM ET AL. *v.* SMITH, TREASURER OF THE UNITED STATES, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. *John A. Wilson, Robert L. Clare, Jr.,* and *B. G. Andrews* for petitioners. *Solicitor General Marshall* for respondents.

No. 606. PATTERSON, WARDEN *v.* CRUZ. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *George E. DeRoos,* Assistant Attorney General, for petitioner. Respondent *pro se.*

No. 669. ASSOCIATION OF INDUSTRIAL ELECTRICIANS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Motion to file petition for writ of certiorari *nunc pro tunc* denied. Certiorari denied. *Alexander H. Schullman* for petitioner. *Solicitor General Marshall* and *Arnold Ordman* for respondent.